IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT M. LYDEN, | 3:10-CV-01249-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ADIDAS AMERICA, INC, ADIDAS AG, ADIDAS INTERNATIONAL MARKETING B.V., | |
| Defendants. | |

Based upon the filing of Plaintiff's Notice of Dismissal of Claims Against Defendant Adidas International Marketing B.V. (#57) and Stipulation of Dismissal (#72) against adidas America, Inc. And adidas AG, this matter is hereby **DISMISSED** without prejudice and without costs or attorney fees to either party.

Dated this 14th day of October, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL